authority to disallow such a practice under its supervisory powers. The trial judge in this case may well have had the unique ability to be an impartial judge in the circumstances, but regardless of that fact, such a trial does little to protect the judicial process from any possible suspicion of bias.

The conviction for contempt is reversed and the cause is remanded for a new trial before a different judge. We leave open for consideration by the court below all other issues presented on this appeal, and the advisability of pursuing the contempt action in view of our determination that the verbal orders issued are unconstitutional. *Cf.* United States v. Schrimsher, 5 Cir. 1974, 493 F.2d 842 [1974]; United States v. Dickinson, 5 Cir. 1972, 465 F.2d 496; State v. Payne, Cir.Ct.1974, 40 Fla.Supp. ——.

Reversed and remanded.

**COLUMBIA BROADCASTING SYSTEM, INC., Petitioner,**

v.

**The Honorable Winston E. ARNOW, Chief Judge, United States District Court For the Northern District of Florida, Respondent.**

**No. 73–2709.**

United States Court of Appeals, Fifth Circuit.

July 11, 1974.

Talbot D'Alemberte, Miami, Fla., Morton Stavis, Newark, N. J., Doris Peterson, New York City, Larry G. Turner,

Gainesville, Fla., Brady Coleman, Austin, Tex., for Briggs.

Jack S. Graff, Pensacola, Fla., for petitioner.

William H. Stafford, U. S. Atty., Pensacola, Fla., Guy Goodwin, Robert A. Dierker, Dept. of Justice, Washington, D. C., for respondent.

Before DYER, MORGAN and RONEY, Circuit Judges.

PER CURIAM:

The petition for mandamus is dismissed as moot.[1]

**NATIONAL BROADCASTING COMPANY, INC., Television 12 of Jacksonville, Inc., and WKRG–TV, Inc., Petitioners,**

v.

**The Honorable Winston E. ARNOW, Chief Judge, United States District Court For the Northern District of Florida, et al., Respondents.**

**No. 73–2691.**

United States Court of Appeals, Fifth Circuit.

July 11, 1974.

Corydon B. Dunham, Vice Pres. & Gen. Counsel, Nat'l. Broadcasting Co., Inc., New York City, James A. McKenna, Jr., James R. Cooke, Washington, D. C., Floyd Abrams, Eugene R. Scheiman, New York City, W. Spencer Mitchem, Pensacola, Fla., Morton Stavis, Newark, N. J., Doris Peterson, New York City, for Briggs.